*E-Filed 5/27/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MANZO, an individual, and ANGELA MANZO, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation; WORLD SAVINGS BANK, FSB., a Federal Savings Bank; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., as Trustee; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. 5:09 CV 0489 RS<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

　　　　Defendants Golden West Savings Association Service Co. and Wachovia Mortgage Corporation have each filed separate motions to dismiss, dockets [10], [11], [12], and [13] in the above-captioned matter.  Defendant World Savings Bank, FSB, has also filed a motion to dismiss and a motion to strike, dockets [14] and [15].  These motions are noticed for hearing on June 17, 2009, at 9:30 a.m.

　　　　In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate jurisdiction no later than **June 5, 2009**.

CASE NO. 5:09 CV 0489 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

IT IS SO ORDERED.

Dated:   5/27/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09 CV 0489 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

2