1  **LAWRENCE P. RAMIREZ, (State Bar No. 141550)**
   **HENRY CHUANG, (State Bar No. 250628)**
2  **BRIAN MCFARLIN, (State Bar No. 259099)**
   **THE LITIGATION LAW GROUP**             *E-Filed 6/3/09*
3  111 North Market Street, Suite 1010
   San Jose, CA 95113
4  Telephone:  (408) 971-1119
   Facsimile:   (408) 971-1129

Attorney for Plaintiffs
RAUL MANZO and ANGELA MANZO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MANZO, an individual and ANGELA MANZO, an individual, | Case No.: 09-CV-00489-RS |
| Plaintiffs, | ORDER & |
| vs. | STIPULATION TO MOVE THE DATE OF ALL HEARINGS INCLUDING DEFENDANTS' MOTIONS TO DISMISS PENDING PRELIMINARY SETTLEMENT NEGOTIATIONS |
| WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation, WORLD SAVINGS BANK, FSB., a Federal Savings Bank, GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., AS TRUSTEE; and DOES 1 through 50, inclusive, | |
| Defendants | |

ORDER &

STIPULATION TO MOVE THE DATE OF ALL HEARINGS INCLUDING DEFENDANTS' MOTIONS TO DISMISS PENDING PRELIMINARY SETTLEMENT NEGOTIATIONS

Whereas, the Parties are presently in engaged in meaningful settlement negotiations;

Whereas, in an effort to maintain judicial economy is this matter, the parties have agreed to pursue further settlement discussions;

Accordingly,

IT IS HEREBY STIPULATED by and between the parties to the above-entitled actions, through their respective counsel:

1. Defendants agree to postpone the hearing on their motions to dismiss from June 17, 2009 until August 5, 2009.

2. Both parties agree that no motions will be filed until a week after the pending motions to dismiss are heard, or until Defendants take the motions off calendar.

3. Both parties agree that no discovery will be propounded until after the conclusion of preliminary settlement discussions.

4. Defendants agree that, before foreclosing on 1268 Cathay Drive, San Jose, California 95122, they will provide Plaintiffs' counsel with at least 45 days notice so that Plaintiffs can ensure that this Court has an opportunity to first hear a Motion for a Temporary Restraining Order or Preliminary Injunction.  Such notice may be transmitted by fax or e-mail.  This stipulation shall not be construed to in any way alter Defendants' obligations under California or Federal law regarding foreclosure-related notices including, but not limited to, notices Defendants have already provided to Plaintiffs.

The Litigation Law Group

Dated: ____June 2, 2009_____          _____/s/ Henry Chuang_____
                                       By:  Henry Chuang
                                       Attorney for Plaintiffs

ORDER &

STIPULATION TO MOVE THE DATE OF ALL HEARINGS INCLUDING DEFENDANTS' MOTIONS TO DISMISS PENDING PRELIMINARY SETTLEMENT NEGOTIATIONS

1

Reed Smith, LLP

2

3

Dated: _____June 2, 2009___              _____/s/ Keith D. Yandell_____

4

By:  Keith D. Yandell

5

Attorney for Defendants

6

7  **AS GOOD CAUSE EXISTS, IT IS SO ORDERED:**

8

Dated: ___6/3/09_____        _____

9

10                                                                Honorable Judge Richard Seeborg

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER &

STIPULATION TO MOVE THE DATE OF ALL HEARINGS INCLUDING DEFENDANTS' MOTIONS TO DISMISS PENDING PRELIMINARY SETTLEMENT NEGOTIATIONS