*E-Filed 7/24/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAUL MANZO, an individual, and<br>ANGELA MANZO, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>WACHOVIA MORTGAGE CORPORATION,<br>a North Carolina Corporation; WORLD<br>SAVINGS BANK, F.S.B., a Federal Savings<br>Bank; GOLDEN WEST SAVINGS<br>ASSOCIATION SERVICE CO., AS TRUSTEE;<br>and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | No. 5:09 CV 0489 RS<br><br>**ORDER VACATING MOTION HEARING AND CASE MANAGEMENT CONFERENCE AND REQUESTING FURTHER BRIEFING** |

THIS MATTER is before the Court following a notice of bankruptcy filed by plaintiffs Raul and Angela Manzo. Consequently, the hearing on defendants' motions to dismiss, scheduled for August 5, 2009, and the case management conference, scheduled for September 2, 2009, are vacated.      The automatic stay imposed by a declaration of bankruptcy is inapplicable to lawsuits brought *by* the debtor. *In re Merrick*, 175 B.R. 333, 337 (B.A.P. 9th Cir. 1994). Nonetheless, any such pending lawsuit becomes a chose of action in the bankruptcy estate. *Id.* at 336. Accordingly, the parties (and, if desired, the bankruptcy trustee) are requested to brief the Court within 30 days on their current positions as to the pendency of the instant lawsuit.

1  IT IS SO ORDERED.

2

3  Dated: 7/24/09

4  _____
   RICHARD SEEBORG
5  United States Magistrate Judge